No. 2948. WINGO v. CALDWELL. November Term, 1891. Action for the recovery of land by plaintiffs as devisees under the will of J. B. Davis against defendant, who claimed under a parol gift from said Davis, and twenty years adverse possession. Defendant having proved declarations of J. B. Davis in support of defendant's title after the date of the alleged gift, plaintiff was permitted by the Circuit Judge (KERSHAW) to prove other declarations of Davis to the contrary during the same period, accompanied by acts, such as building a gin, pasturing stock, contracting to lease the land to another, &c. Alleged error in admitting such testimony in reply was the only question brought before this court.

*S. Wilson*, for appellant. *Duncan & Sanders*, contra.

The court say : There can be no doubt of the correctness of appellant's claim that our decisions fully sustain the doctrine that declarations in favor of one's own title are not admissible in supporting such title. As we gather from the "Case," the defendant not only sought to prove a gift by parol, accompanied by possession thereunder, but also by at least three witnesses introduced testimony as to declarations made by J. B. Davis subsequent to 1868, the date of the verbal gift. The plaintiff, in reply, proved by Mrs. Dean other declarations of the said J. B. Davis, connected with his acts, or proposed acts. This was not error. *Boozer* v. *Teague*, 27 S. C., 349 ; *Sumner* v. *Murphy*,

2 Hill, 488 ; *Ellen* v. *Ellen*, 18 S. C., 494. Judgment affirmed. OPINION by MR. JUSTICE POPE, April 30, 1892.